# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREEN TREE SERVICING MORTGAGE CO. | : | No. 30 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| GENNARO RAUSO, AS MARK FERRERI'S AND TRI STATE INVESTMENTS 1, LLC'S, ASSIGNEE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GENNARO RAUSO AS TRI STATE INVESTMENTS 1 LLC'S ASSIGNEE | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2016, the Petition for Allowance of Appeal and Motion to Consolidate are hereby **DENIED**.